UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| KIMBERLY FAITH GRIFFIN | ) | |
| | ) | CASE NO. R10-43062-PWB |
| | ) | |
| DEBTOR | ) | JUDGE BONAPFEL |

## MOTION TO DISMISS

Comes now MARY IDA TOWNSON, TRUSTEE in the above styled matter, and respectfully shows the Court as follows:

1.  Debtor filed a petition for relief under Chapter 13.

2.  While the confirmed Chapter 13 plan provides that the Debtor shall remit certain tax refunds received during the pendency of the case to the Chapter 13 plan, the Debtor may have failed to remit all of the required tax refunds.

WHEREFORE, the Chapter 13 Trustee requests this case be dismissed.


_____/S/_____
Mary Ida Townson
Standing Chapter 13 Trustee
State Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA 30303
(404) 525-1110

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| KIMBERLY FAITH GRIFFIN | ) | |
| | ) | CASE NO. R10-43062-PWB |
| | ) | |
| DEBTOR | ) | JUDGE BONAPFEL |

**NOTICE OF HEARING ON MOTION TO DISMISS CASE**

PLEASE TAKE NOTE that the Chapter 13 Trustee has filed a Motion To Dismiss and related exhibits with the Court seeking an Order Of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **September 18, 2013** at **10:00 AM** in **Courtroom 342**, **Federal Building, 600 East First Street, Rome, GA 30161**.

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case.  You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case (if you do not have an attorney, you may wish to consult one).  If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This day, August 02, 2013.

_____/S/_____
Mary Ida Townson
Standing Chapter 13 Trustee
State Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA 30303
(404) 525-1110

**CERTIFICATE OF SERVICE**

R10-43062-PWB

This is to Certify that I have this day served

| Trustee Address On File | Bankruptcy Court Address On File |
|---|---|
| KIMBERLY FAITH GRIFFIN<br>160 DUSTY LANE<br>ROCKY FACE, GA  30740 | (Same as Trustee Address) |

LAW OFFICE OF MATTHEW T. BERRY
SUITE 400
2751 BUFORD HWY.
ATLANTA, GA  30324

with a copy of the foregoing Motion to Dismiss together with the Notice of Hearing on Motion to

Dismiss Case by depositing in the United States Mail a copy of same in a properly addressed

envelope with adequate postage thereon.

DATED: 8/2/2013

/S/

MARY IDA TOWNSON,TRUSTEE
State Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA  30303-1740
(404) 525-1110