UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

In re:  KIMBERLY FAITH GRIFFIN

Debtor(s)

Case No. R10-43062-PWB

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

MARY IDA TOWNSON, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/03/2010.

2) The plan was confirmed on 11/03/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/07/2013, 10/18/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 03/10/2014.

6) Number of months from filing to last payment: 44.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $2,600.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,265.77 |
| Less amount refunded to debtor | $1.00 |

**NET RECEIPTS:** $10,264.77

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,100.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $488.54 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,588.54

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Citizens Savings & Loan | Unsecured | 5,360.82 | 10,891.44 | 10,891.44 | 1,712.63 | 0.00 |
| Citizens Savings & Loan | Unsecured | 199.98 | 218.86 | 218.86 | 34.46 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 832.48 | 894.86 | 894.86 | 140.71 | 0.00 |
| FARMERS FURNITURE | Secured | NA | 726.13 | 726.13 | 726.13 | 44.29 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 235.54 | 235.54 | 235.54 | 37.07 | 0.00 |
| LENDMARK | Unsecured | 4,369.22 | 1,580.00 | 3,088.32 | 485.63 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 355.83 | 355.83 | 355.83 | 55.94 | 0.00 |
| NGRCA | Unsecured | 791.71 | 1,086.73 | 1,086.73 | 170.87 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Unsecured | 355.35 | 343.13 | 241.27 | 53.92 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 446.08 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Secured | 672.46 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TIDEWATER CREDIT SVS/TIDEWATE | Unsecured | 12,905.93 | 14,083.49 | 14,083.49 | 2,214.58 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $726.13 | $726.13 | $44.29 |
| **TOTAL SECURED:** | **$726.13** | **$726.13** | **$44.29** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$31,096.34** | **$4,905.81** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,588.54 |
| Disbursements to Creditors | $5,676.23 |
| **TOTAL DISBURSEMENTS :** | **$10,264.77** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/08/2014                         By: /s/ MARY IDA TOWNSON
                                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| KIMBERLY FAITH GRIFFIN | ) | |
| | ) | CASE NO. R10-43062-PWB |
| | ) | |
| DEBTOR | ) | |

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served

   KIMBERLY FAITH GRIFFIN
   2803 CHATTANOOGA RD
   ROCKY FACE, GA  30740


   LAW OFFICE OF MATTHEW T. BERRY
   SUITE 400
   2751 BUFORD HWY.
   ATLANTA, GA  30324


with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED:  05/08/2014

                                                  /S/
                                   Mary Ida Townson, Chapter 13 Trustee
                                   State Bar No. 715063
                                   100 Peachtree Street, Suite 2700
                                   Atlanta, GA 30303
                                   (404) 525-1110
                                   maryidat@atlch13tt.com


**UST Form 101-13-FR-S (9/1/2009)**